WILLIAM J. VERRIKER ET AL. *v.* WATERBURY
REDEVELOPMENT AGENCY

KING, C. J., ALCORN, HOUSE, THIM and RYAN, Js.

Argued October 9—decided October 9, 1969

*John D. Mahaney,* with whom were *Robert S. Kolesnik* and, on the brief, *Albert L. Finkelstein* and *James F. Meenan,* for the appellant (defendant).

*Ernest A. Inglis, Jr.,* with whom were *Max R. Traurig* and, on the brief, *Charles W. Page,* for the appellees (plaintiffs).

PER CURIAM. There is no error.